IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **ERIC FLORES,** | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 1:14-CV-198 |
| **UNITED STATES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and SIERRA MEDICAL CENTER,** | § § § § § § | |
| *Defendant*s. | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of and recommended disposition on case-dispositive pretrial motions. On February 5, 2015, Judge Giblin issued his report and recommendation in which he recommended that the Court grant the defendants' motions to dismiss and to declare the plaintiff a vexatious litigant.

The Court has received and considered the report of the United States Magistrate Judge, along with the record and pleadings. No party has filed objections to the magistrate judge's report. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court **ORDERS** that the Report and Recommendation [Doc. #18] is **ADOPTED**. The Court further **ORDERS** that the defendants' motions to dismiss [Doc. #13, Doc. #17] are **GRANTED**, and the claims asserted by the plaintiff, Eric Flores, are **DISMISSED** in their entirety, with prejudice. This order of dismissal constitutes a final judgment for appeal purposes.

The Court also **ORDERS** that the motion to declare plaintiff a vexatious litigant [Doc. #14]

is **GRANTED**. As recommended by Judge Giblin, the Court warns plaintiff Eric Flores that monetary sanctions may be imposed for future vexatious litigation considered to be abusive and harassing in nature. It is finally **ORDERED** that Eric Flores must obtain court permission by filing a motion for leave before he is permitted to file any additional complaints in this district.

So **ORDERED** and **SIGNED** this **4** day of **March, 2015.**

_____
Ron Clark, United States District Judge